# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CHAD ALLEN WILLIAMSON,**

    Plaintiff,

v.

**TIFT COUNTY LAW ENFORCEMENT CENTER, et al.**,

    Defendants.

Civil Action No. 7:14-CV-195 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 11). Judge Langstaff recommends that all of the claims in the complaint be dismissed except for those against Valerie Hollis. Plaintiff Chad Allen Williamson ("Plaintiff") has filed Objections (Doc. 13) to the Recommendation. After making a *de novo* review of the Recommendation, the Court accepts and adopts it in full.

Plaintiff, a pretrial detainee at the Tift County Law Enforcement Center ("LEC"), alleges that his Eighth Amendment rights have been violated because Defendants were deliberately indifferent to the medical needs arising from his suffering from multiple sclerosis. Apart from Valerie Hollis, the Tift County LEC nurse attending Plaintiff, the Defendants are either not entities capable of being sued or have not had facts alleged against them that would establish their liability

under 42 U.S.C. § 1983. To the extent that Plaintiff's Objection to the Recommendation could be read as a motion to amend his complaint, his motion is denied as futile because the new allegations would still not establish a *prima facie* claim under § 1983 against Captain Torres or Southern Health Partners. 28 U.S.C. § 1915A(b)(1).

**SO ORDERED**, this the 3rd day of March, 2015.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr